IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **HANOVER FIRE & CASUALTY INSURANCE CO.,** )<br>)<br>Plaintiff,    )<br>)<br>V.             )<br>)<br>**EDWIN SIERON, et al.,**  )<br>)<br>Defendants.  ) | Civil No. **07-120-JPG** |

### ORDER

**PROUD, Magistrate Judge:**

Attorneys Andrew Michael Delucia and Michael S. Hino are before the Court seeking leave to withdraw as counsel of record for all defendants.  **(Docs. 26 and 27).**  Attorneys Delucia and Hino represented the defendants when this action was pending in the Eastern District of Pennsylvania, but attorney Brian T. Kreisler has entered as counsel for defendants, now that the action is pending in this district.

**IT IS THEREFORE ORDERED** that attorneys Delucia and Hino's respective motions to withdraw **(Docs. 26 and 27)** are **GRANTED**.  The Clerk of Court shall have the record reflect that Michael Delucia and Michael S. Hino are terminated as counsel of record for all defendants in this action.  The record shall further reflect that attorney Brian T. Kreisler is attorney of record for all defendants, and "attorney to be noticed."

IT IS SO ORDERED.

DATED: April 17, 2007

s/ Clifford J. Proud<br>
**CLIFFORD J. PROUD**<br>
**U. S. MAGISTRATE JUDGE**