IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| HANOVER FIRE & CASUALTY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| VS. | ) ) | NO. 07-cv-120-JPG-PMF |
| EDWARD SIERON; TUJAY, INC.; FALCON, LTD.; OFS, LTD.; GWM, INC.; RAVEN SECURITIES, INC.; GOLDEN PROPERTIES, INC.; ARROW REALTY, INC.; HAWK PROPERTIES, INC.; SIERON-FAUSS, INC.; and RIVERFRONT CORP.; | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## JUDGMENT IN A CIVIL CASE

**GILBERT, Judge:**

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

DATED:  September 12, 2007

NORBERT G. JAWORSKI, Clerk

By: Brenda K. Lowe, Deputy Clerk

APPROVED:   s/J. Phil Gilbert
                    J. PHIL GILBERT
                    U. S. DISTRICT JUDGE